IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | : | CIVIL ACTION |
| v. | : | |
| ROYAL BANK OF PENNSYLVANIA | : | NO. 02-CV-2674 |

**NOTICE OF HEARING**

AND NOW, this 19th day of June, 2002, oral argument on defendant's motion to dismiss will be held on Thursday, July 11, 2002 at 2:00 p.m., Courtroom 12-A.

See attached standing order re: oral argument.

cc: 6/19/02 (KC) via FAX:

Scott M. Waldman, Esq.
Richard S. Hannye, Esq.

BY:_____
        Deputy Clerk
        Kathryne M. Crispell

**SOP on Oral Argument**
         **Judge Ludwig**

    1.  Each party shall have 15 minutes to present argument unless more time is allocated.  A portion of time may be reserved for rebuttal.

    2.  The parties shall submit a joint summary of the issues and their arguments at least three (3) days before the argument date.  Ordinarily, a summary of the issues and of each party's argument should be set forth on a separate page.

                                Judge Edmund V. Ludwig

(SO-OA - 1-90; 11-95)