UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDMUND V. LUDWIG<br>Judge | 12614 United States Courthouse<br>Independence Mall West<br>Philadelphia, PA 19106-1775<br>(215) 580-2030<br>(215) 580-2142 FAX |

RICHARD S. HANNYE
732 MONTGOMERY AVE
NARBERTH, PA 19072

SCOTT M. WALDMAN
1650 ARCH ST., 22ND FL
PHILADELPHIA, PA 19103

## NOTICE OF SCHEDULING CONFERENCE

RE:   FIDELITY & DEPOSIT CO. OF MARYLAND v. ROYAL BANK OF PA
      CIVIL ACTION NO. 02-cv-02674

Judge Ludwig has scheduled a Rule 16 conference for your case or cases on Thursday, August 8, 2002 at 11:00 a.m. in chambers, Room 12614.

Enclosed is Judge Ludwig's **C A S E** Management Program.

**Counsel for plaintiff is required to notify unrepresented defendant(s) as to the date and time of the conference by serving a copy of this notice (with attachments) upon defendant(s) or their counsel, if known.**

If service of process has not been made, it is also the responsibility of plaintiff's counsel to take all steps reasonably necessary to expedite service as required by Fed. R. Civ. P. 4(a).

Very truly yours,

Kathryne M. Crispell
Deputy Clerk to Judge Ludwig

DATE:  July 30, 2002