IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FIDELITY AND DEPOSIT CO. OF MARYLAND | : : : | CIVIL ACTION |
| v. | : : : | No. 02-2674 |
| ROYAL BANK OF PENNSYLVANIA | : | |

### ORDER-MEMORANDUM

AND NOW, this 15th day of August, 2002, the following is ordered:

1. By August 29, 2002: 1) plaintiff will produce to defendant the claim file relevant to this action; and 2) defendant will produce to plaintiff the relevant loan file.

2. A telephone conference is scheduled for Thursday, September 12, 2002 at 3:00 p.m., the Court to initiate the call.

- Discovery and dispositive motion scheduling
- Potential motion for disqualification
- Litigation of potentially related claims
- Resolution

_____
Edmund V. Ludwig, J.