IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FIDELITY AND DEPOSIT CO. OF MARYLAND | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-2674 |
| ROYAL BANK OF PENNSYLVANIA | : | |

**ORDER**

AND NOW, this 12th day of September, 2002, the following is ordered:

1. By September 27, 2002, defendant will produce to plaintiff the outstanding loan documents.

2. Next Rule 16 conference: Tuesday, October 15, 2002 - 11:15 a.m.

- Discovery
- Trial Scheduling
- Resolution

Note: Counsel are to have discussed these matters before the conference.

_____
Edmund V. Ludwig, J.