```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | : : | CIVIL ACTION |
| v. | : : | |
| ROYAL BANK OF PENNSYLVANIA | : | NO. 02-2674 |

### **N O T I C E**

September 20, 2002

       The Rule 16 conference previously scheduled for October 15, 2002 is rescheduled for Thursday, October 31, 2002 at 11:30 a.m. in chambers, Room 12614.

cc:  September 20, 2002 (KC)via FAX:

Scott M. Waldman, Esq.
Richard S. Hannye, Esq.

BY:_____
       Deputy Clerk
       Kathryne M. Crispell