```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

FIDELITY AND DEPOSIT COMPANY       :       CIVIL ACTION
OF MARYLAND                        :
      v.                          :
                                   :
ROYAL BANK OF PENNSYLVANIA         :       NO. 02-2674

## **A M E N D E D   N O T I C E**

October 18, 2002

       The Rule 16 conference previously scheduled for October 31, 2002 is rescheduled for **Wednesday, October 30, 2002** at 2:30 p.m. in chambers, Room 12614.

cc:  October 18, 2002 (KC)via FAX:

Scott M. Waldman, Esq.
Richard S. Hannye, Esq.

BY:_____
      Deputy Clerk
      Kathryne M. Crispell