```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

FIDELITY AND DEPOSIT COMPANY      :        CIVIL ACTION
OF MARYLAND                       :
          v.                      :
                                  :
ROYAL BANK OF PENNSYLVANIA        :        NO. 02-2674

## O R D E R

AND NOW, this 30th day of October, 2002, upon conference:

- By <u>November 15, 2002</u>, counsel will get record together for stipulations and submit a status report.

- Summary judgment motions are to be filed by <u>November 29, 2002.</u>

                                                            Edmund V. Ludwig,    J.