IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FIDELITY AND DEPOSIT CO. OF MARYLAND** | : | **CIVIL ACITON** |
| | : | |
| v. | : | No. 02-2674 |
| | : | |
| **ROYAL BANK OF PENNSYLVANIA** | : | |

## CERTIFICATE OF SERVICE

I, Richard S. Hannye, Esquire, attorney for Defendant, Royal Bank of Pennsylvania, hereby certify that I am duly authorized to make this certification; that on Friday, December 27, 2002, I did cause a true and correct copy of Defendant, Royal Bank of Pennsylvania's Brief in Opposition to Plaintiff, Fidelity and Deposit Co. of Maryland's Motion for Summary Judgment to be mailed by United States First Class mail to counsel for plaintiff, addressed as follows:

Scott M. Waldman, Esquire
WOLF, BLOCK, SCHORR and SOLIS-COHEN, L.L.P.
1650 Arch Street
22nd Floor
Philadelphia, PA 19103-2097

_____
**RICHARD S. HANNYE**
Attorney for Defendant,
Royal Bank of Pennsylvania