```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


FIDELITY AND DEPOSIT CO. OF      :         CIVIL ACTION
MARYLAND                         :
          v.                     :
                                 :
ROYAL BANK OF PENNSYLVANIA       :         NO. 02-2674


                            NOTICE

     AND NOW, this 10th day of January, 2003, oral argument

on cross motions for summary judgment will be held on Tuesday,

January 21, 2003 at 2:00 p.m., Courtroom 12-A.

     See attached standing order on oral argument.




cc: 1/10/03 (KC)

Richard S. Hannye, Esq. (FAX)
Scott M. Waldman, Esq. (FAX)


ATTEST:                          BY THE COURT:


_____        _____
Kathryne M. Crispell             Edmund V. Ludwig,    J.
Deputy Clerk
```