```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| FIDELITY AND DEPOSIT CO. OF MARYLAND | : | CIVIL ACTION |
| v. | : | |
| ROYAL BANK OF PENNSYLVANIA | : | NO. 02-2674 |

### AMENDED NOTICE

AND NOW, this 21ST day of January, 2003, oral argument on cross motions for summary judgment will be held on Wednesday, January 29, 2003 (changed from January 21, 2003) at 2:00 p.m., Courtroom 12-A.

See standing order on oral argument.

cc: 1/21/03 (KC)

Richard S. Hannye, Esq. (FAX)
Scott M. Waldman, Esq. (FAX)

ATTEST:                              BY THE COURT:


_____       _____
Kathryne M. Crispell                 Edmund V. Ludwig,    J.
Deputy Clerk