**SOP on Oral Argument**
<u>          **Judge Ludwig**          </u>

1. Each party shall have 15 minutes to present argument unless more time is allocated. A portion of time may be reserved for rebuttal.

2. The parties shall submit a joint summary of the issues and their arguments at least three (3) days before the argument date. Ordinarily, a summary of the issues and of each party's argument should be set forth on a separate page.

Judge Edmund V. Ludwig

(SO-OA - 1-90; 11-95)