# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Carol Sampson | Kathryne M. Crispell |
|---|---|
| Court Reporter | Deputy Clerk |

FIDELITY AND DEPOSIT COMPANY    :        Scott M. Waldman

      vs.                             :        CV  NO. 02-cv-2674

ROYAL BANK OF PENNSYLVANIA       :        Richard S. Hannye
                                       :

## MINUTE SHEET

BEFORE JUDGE  Edmund V. Ludwig   DATE 1/29/03   TIME 2:00 P.M.

Oral Argument

_____
## PROCEEDING

re: cross motions for summary judgment.

Judge questions counsel.

Counsel argue.




        Court adjourned at 3:15 P.M.     To reconvene  ---

IN CRIMINAL PROCEEDINGS, EXCLUDABLE DELAY CODES MUST BE INSERTED
BELOW IF APPLICABLE, WITH THE EXPLICIT REASON FOR SUCH DELAY
STATED HEREON.

    SPEEDY TRIAL ACT DELAY CODE(  )      [ ] The Court deems
this case "UNTRIABLE"

Civ. 16 (8/80)