IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


FIDELITY AND DEPOSIT COMPANY    :              CIVIL ACTION
OF MARYLAND                     :
            v.                  :
                                :
ROYAL BANK OF PENNSYLVANIA      :              NO. 02-2674

### N O T I C E

May 2, 2003

        A Rule 16 conference will be held on Tuesday, May 13,

2003 at 11:30 a.m. with Judge Ludwig in chambers, Room 12614.


cc:  May 2, 2003 (KC)via FAX:

Scott M. Waldman, Esq.
Richard S. Hannye, Esq.


BY:_____
        Deputy Clerk
        Kathryne M. Crispell