```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | : : | CIVIL ACTION |
| v. | : : | |
| ROYAL BANK OF PENNSYLVANIA | : | NO. 02-2674 |

## A M E N D E D   N O T I C E

May 6, 2003

      The Rule 16 conference on Tuesday, May 13, 2003 will be held at 2:30 p.m. (Changed from 11:30 a.m.) with Judge Ludwig in chambers, Room 12614.

cc: May 6, 2003 (KC) via FAX:

Scott M. Waldman, Esq.
Richard S. Hannye, Esq.

BY:_____
      Deputy Clerk
      Kathryne M. Crispell