```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


FIDELITY AND DEPOSIT COMPANY    :         CIVIL ACTION
OF MARYLAND                     :
          v.                    :
                                :
ROYAL BANK OF PENNSYLVANIA      :         NO. 02-2674
```

## 2nd A M E N D E D   N O T I C E

May 9, 2003

The Rule 16 conference previously scheduled for Tuesday, May 13, 2003 is rescheduled for Wednesday, May 28, 2003 at 11:15 a.m. with Judge Ludwig in chambers, Room 12614.

cc:  May 9, 2003 (KC)via FAX:

Scott M. Waldman, Esq.
Richard S. Hannye, Esq.


BY:_____
     Deputy Clerk
     Kathryne M. Crispell