```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

FIDELITY AND DEPOSIT CO. OF        :        CIVIL ACTION
MARYLAND                           :
        v.                         :
                                   :
ROYAL BANK OF PENNSYLVANIA         :        NO. 02-2674

<u>NOTICE</u>

May 28, 2003

      Upon conference, a further Rule 16 conference will be held on Tuesday, July 22, 2003 at 11:00 a.m., Room 12614.

cc: 5/28/03 (KC)

Richard S. Hannye, Esq. (FAX)
Scott M. Waldman, Esq. (FAX)

ATTEST:                                    BY THE COURT:

_____                _____
Kathryne M. Crispell                       Edmund V. Ludwig,    J.
Deputy Clerk