```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

FIDELITY AND DEPOSIT COMPANY     :         CIVIL ACTION
OF MARYLAND                      :
            v.                   :
                                 :
ROYAL BANK OF PENNSYLVANIA       :         NO. 02-2674

## **N O T I C E**

September 9, 2003

      Jury trial will commence of Wednesday, October 8, 2003, at 10:00 a.m., Courtroom 12-A.  (Changed from October 6, 2003.)

      A status conference before trial will be held on Tuesday, September 30, 2003 at 11:30 a.m. in chambers, Room 12614.


cc:  September 9, 2003 (KC)via FAX:

Scott M. Waldman, Esq.
Richard S. Hannye, Esq.




BY:_____
     Deputy Clerk
     Kathryne M. Crispell