IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FIDELITY AND DEP0SIT COMPANY
OF MARYLAND                         :         CIVIL ACTION
                                    :
        vs.                         :
                                    :         NO. 02-CV-02674-EL
ROYAL BANK OF PENNSYLVANIA

O R D E R

**AND NOW, TO WIT:** this 25th day of September, 2003, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:** _____
Kathryne M. Crispell
Deputy Clerk

September 25, 2003   copies via FAX to:

Scott M. Waldman, Esq.
Richard S. Hannye, Esq.

Civ 2 (8/2000)